# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREA 55, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SURE FIT HOME DÉCOR, LLC, an Illinois limited liability company, fka FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, et al.,<br><br>Defendants. | CASE NO. 3:19-cv-90-LAB (BLM)<br><br>**ORDER MODIFYING ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 46]** |

The Court's October 3, 2019 Order Granting Joint Motion to Dismiss, (Dkt. 46), is modified as follows:

The parties' joint motion to dismiss is **GRANTED**. Dkt. 45. This action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a). Magistrate Judge Barbara Lynn Major shall retain jurisdiction to resolve all disputes between and among the parties arising out of the parties' settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

**IT IS SO ORDERED**.

Dated: October 7, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -